PD-0445-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 10/13/2015 4:26:59 PM
Accepted 10/14/2015 10:40:44 AM
ABEL ACOSTA
CLERK

**IN THE**
**COURT OF COURT OF CRIMINAL APPEALS OF TEXAS**

_____

**No. PD-0445-15**

_____

**THE STATE OF TEXAS, Appellant**

FILED IN
COURT OF CRIMINAL APPEALS

October 14, 2015

ABEL ACOSTA, CLERK

**v.**

**DAVID FREDERICK CARY, Appellee**

_____

**On Appeal from the Court of Appeals, Fifth District of Texas at Dallas**
**Court of Appeals No. 05-13-01010-CR**

_____

# APPELLEE'S NOTICE OF COUNSEL'S
# APPEARANCE FOR ORAL ARGUMENT

John M. Helms
Texas Bar No. 09401001
BRODEN, MICKELSEN, HELMS &
SNIPES, LLP
2600 State Street
Dallas, Tx 75204
Tel:  (469) 951-8496
Fax: (214) 720-9594
john@johnhelmslaw.com

ATTORNEY FOR APPELLEE,
DAVID FREDERICK CARY

**TO THE HONORABLE JUSTICES OF THE COURT OF CRIMINAL APPEALS:**

Undersigned counsel will appear for oral argument in this case on November 4, 2015 at 9:00 a.m.

Respectfully submitted,

____/s/ John M. Helms_____
John M. Helms
Texas Bar No. 09401001
BRODEN, MICKELSEN, HELMS & SNIPES, LLP
2600 State Street
Dallas, Tx 75204
Tel: (469) 951-8496
Fax: (214) 720-9594
john@johnhelmslaw.com

ATTORNEY FOR APPELLEE,
DAVID FREDERICK CARY

# CERTIFICATE OF SERVICE

Pursuant to Rule 9.5(b)(1) of the Texas Rules of Appellate Procedure, I certify that if the email address of the attorney designated below is on file with the electronic filing manager, a true and correct copy of the foregoing notice was served electronically by that electronic filing manager, on the following attorney via electronic mail:

Joseph P. Corcoran
Joseph.Corcoran@TexasAttorneyGeneral.gov

I also hereby certify that if the email address for the designated attorney is not on file with the electronic filing manager, a true and correct copy of the foregoing pleading was served by email addressed to:

Joseph P. Corcoran
Joseph.Corcoran@TexasAttorneyGeneral.gov

_____/s/ John M. Helms_____
John M. Helms